UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
                                          :
LIAN XIAN WU,                             :
                                          :
                Petitioner,               :
                                          :
                                          :  09 Civ. 05612 (BSJ)
        v.                                :
                                          :
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
                Respondent.               :
------------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    By Order dated September 17, 2009, Judge Gerard E. Lynch denied Petitioner's motion pursuant to 28 U.S.C. § 2255. On October 1, 2009, the instant case was reassigned to this Court. Because Judge Lynch's Order of September 17 resolved Petitioner's motion in its entirety, the Clerk of the Court is directed to close this case.

SO ORDERED:

                                                   /s/ Barbara S. Jones
                                          BARBARA S. JONES
                                          UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         October 5, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/09